No. 5655.

## D. APPLETON & CO. vs. CHARLES HAWKINS.

### Syllabus.

A promise to pay, or a partial payment or an acknowledgment of a debt made before the period of prescription has accrued may be proved by parol.

Appeal from the Civil District Court, Parish of Orleans, Division "D," No. 95,718, Hon. Porter Parker, Judge.

C. W. Buchler, for plaintiff and appellee.

J. B. Rosser, Jr., for defendant and appellant.

His Honor, EMILE GODCHAUX, rendered the opinion and decree of the Court as follows:

This suit on a promissory note, filed more than five years after its maturity, resulted below in a judgment in plaintiff's favor. The defendant relied solely upon his plea of prescription of five years. To meet this defense and to show an interruption of prescription, the plaintiff was permitted to prove by parol, over defendant's objection, and has in fact established, that the latter had acknowledged and promised to pay and had made partial payments of the debt on sundry occasions before the period of prescription had accrued.

The judgment is correct, for it is well settled that parol evidence is admissible for the purpose of establishing an interruption of prescription.

> 21 An., 179; 28 An., 247; 33 An., 301; 34 An., 752; 121 La., 683, and other caees.

It is accordingly ordered and decreed that the judgment be affirmed.

Judgment affirmed.

Opinion and decree, December 9th, 1912.

Rehearing refused, January 13th, 1913.

Writ denied, February 18th, 1913.